## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | **Case No. 17-30104** |
| **Tonya Fochtmann,** | ) | |
| | ) | **Chapter 13** |
| **Debtor.** | ) | |

**PURSUANT TO LOCAL RULE 3007-1, THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE RULED UPON UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## OBJECTION TO CLAIM NO. 3
## OF CREDITOR A & P AUTOMOTIVE

Debtor hereby objects to Claim No. 3 of Creditor, A & P Automotive, and asks this Court to reduce the claim to the pre-petition principal amount owed. As grounds for the Objection, Debtor states as follows:

1. Debtor filed this case on January 13, 2017. In Debtor's plan, Debtor proposed to pay creditor, A & P Automotive, the full amount of its claim as secured because the claim could not be bifurcated per 11 U.S.C. § 506.

2. A & P Automotive attempted to file a secured claim (Claim No. 3-1) on February 14, 2017, in an amount of $11,418.85; however, the only documents uploaded for the claim were the loan documents and title to Debtor's 2004 Chevrolet Tahoe. A & P amended its claim twice on February 21, 2017. The first amendment (Claim No. 3-2) included only a printout of a webpage showing A & P attempted to file a claim. The second amendment (Claim No. 3-3) contained a filled-in Proof of Claim form (Official Form 410); however, it contained no supporting documentation, such as the promissory note and title.

3. Debtor contends the amount of $11,418.85 should not be allowed because the creditor filed a claim for the balance of payments, instead of the principal owed on the loan. Debtor made five payments of $368.35 prior to filing her bankruptcy case, a total of $1,841.75. A & P's original claim (Claim No. 3-1) shows the amount Debtor financed was $9,066.30, and the total of all payments over the life of the loan would have been $13,260.60. Subtracting the pre-petition payments ($1,841.75) from the total of payments over the life of the loan ($13,260.60) yields a result of $11,418.85, the amount for which A & P filed its claim. However, the principal balance of the

loan at the time Debtor filed her case was actually $8,192.68 based on an amount financed of $9,066.30 at 26.63% over 36 months (see Claim No. 3-1).

4. Because A & P filed a claim for the balance of payments, instead of the principal balance of the loan, its claim is due to be reduced to the pre-petition principal balance of $8,192.68.

WHEREFORE, the premises considered, Debtor objects to Claim No. 3 of creditor A & P Automotive and asks this Court to reduce the secured claim to $8,192.68, which was the actual principal balance of the loan when Debtor filed this case.

Respectfully submitted January 31, 2018.

/s/ Joshua C. Milam
Joshua C. Milam ASB-3046-T99U
Attorney for Debtor
The Shinbaum Law Firm, P.C.
566 South Perry Street
Montgomery, AL 36104
334-269-4440- Selma 334-872-4545
jmilam@smclegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing objection on all parties listed below by CM/ECF or by mail on January 31, 2018.

Chapter 13 Trustee


Bankruptcy Administrator


A & P Automotive
420 Twain Curve
Montgomery, AL 36109

/s/ Joshua C. Milam
Joshua C. Milam ASB-3046-T99U